# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI JENSEN, *et al*.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EVOLVE SKATEBOARDS PTY LTD<br>and EVOLVE SPORTS GROUP, LLC,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00110-NONE-JDP<br><br>ORDER GRANTING TAMMI JENSEN'S REQUEST TO SERVE AS GUARDIAN AD LITEM FOR SHANE JENSEN<br><br>ECF No. 21 |

Tammi Jensen's petition to serve as *guardian ad litem* for Shane Jensen, ECF No. 21, is granted.  Tammi Jensen is authorized to institute and prosecute this action.

IT IS SO ORDERED.

Dated:   July 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.